UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA,

                      Plaintiff,

-against-

TRUMP VILLAGE SECTION IV INC. and IGOR OBERMAN,

                      Defendants.
------------------------------------------------------------------ X

Civil Action No.: 15-CV-7306

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Please enter my appearance in this case for Defendants Trump Village Section IV Inc. and Igor Oberman. I certify that I am admitted to practice before this Court.

Dated: New York, New York
         February 23, 2016

                      Respectfully submitted,

                      KAUFMAN BORGEEST & RYAN LLP

                      By:    */s/ Cara A. O'Sullivan*
                            Cara A. O'Sullivan
                            120 Broadway, 14th Floor
                            New York, New York 10271
                            Telephone: 212-980-9600
                            Facsimile: 212-980-9261
                            Email: cosullivan@kbrlaw.com
                            *Attorneys for Defendants*