

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 1, 2017

By ECF
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *United States of America v. Trump Village Section IV Inc.,*
>        Civil Action No. CV-15-7306 (Garaufis, J.) (Scanlon, M.J.)

Dear Judge Garaufis:

This Office represents the United States of America in the above-referenced Fair Housing Act matter.  Enclosed please find a stipulation and order of dismissal pursuant to the parties' settlement agreement, for the Court's review and endorsement.

We thank the Court for its consideration herein.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:          /s/
Seth D. Eichenholtz
Assistant U.S. Attorney
(718) 254-7036
Seth.Eichenholtz@usdoj.gov

cc:     Cara A. O'Sullivan (by ECF)
          Kaufman Borgeest & Ryan LLP

          Malvina Lin, Esq. (by ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

               Plaintiff,

        - against -

TRUMP VILLAGE SECTION IV INC. AND
IGOR OBERMAN,

               Defendants.

------------------------------------------------------------X

**STIPULATION AND
ORDER OF DISMISSAL WITH
PREJUDICE**

Civil Action No. 15-CV-7306

(Garaufis, J.)
(Scanlon, M.J.)

       IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff United States of America and defendants Trump Village Section IV Inc. and Igor Oberman, by their respective undersigned attorneys, that pursuant to the settlement agreement between the parties in this matter, the above-captioned action shall be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Once this Stipulation and Order has been signed and so ordered by the Court, the Clerk of the Court shall enter judgment in this case

*United States of America v. Trump Village, et al.,* 15-CV-7306 (NGG)(VMS)
Stipulation and Order of Dismissal With Prejudice

dismissing the action with prejudice and shall close the case.


Dated:    Brooklyn, New York
          July 18 , 2017

                                        BRIDGET M. ROHDE
                                        Acting United States Attorney
                                        Eastern District of New York
                                        *Attorney for Plaintiff*
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

                 By:        _____/s/_____
                                          Seth D. Eichenholtz
                                          Assistant United States Attorney
                                          (718) 254-7036
                                          Seth.Eichenholtz@usdoj.gov


Dated:  New York, New York
           July 18 , 2017

                                        KAUFMAN BORGEEST & RYAN LLP
                                        *Attorney for Defendants*
                                        120 Broadway
                                        New York, New York 10271

                 By:        _____
                                          Cara O'Sullivan
                                          (212) 994-6522


SO ORDERED this
\_\_\_\_ day of July, 2017


_____
THE HONORABLE NICHOLAS G. GARAUFIS
United States District Judge